

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an ~~attorney must~~ either be a member in good standing of this Court's general bar or be granted ~~leave to appear pro hac vice as~~ provided for by Local Rules 83.12 through 83.14.

07cv6943
JUDGE GOTTSCHALL
MAG. JUDGE ASHMAN

In the Matter of

DONALD BRADY
v. BUSCO, INC., d/b/a ARROW STAGE LINES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BUSCO, INC., d/b/a ARROW STAGE LINES

**FILED**
J.N   DEC 1 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) | |
|---|---|
| Jonathan P. Schaefer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ [signature] | |
| FIRM | |
| Purcell & Wardrope, Chartered | |
| STREET ADDRESS | |
| 10 South LaSalle Street | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 61826490 | 312-427-3900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |