## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

*Brady*

v

*Busco, Inc.*

Case  07 C 6943

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Donald Brady

| | |
|---|---|
| **SIGNATURE** _Joseph M. McGovern_ | |
| **FIRM** Law Offices of Joseph M. McGovern | |
| **STREET ADDRESS** 2940 W. 95th St. | |
| **CITY/STATE/ZIP** Evergreen Park, IL 60805 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 3129191 | **TELEPHONE NUMBER** 708-229-1036 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒    NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☒    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

FILED
DEC 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT