3579 JPS NI068

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| DONALD BRADY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v ) <br> ) <br> BUSCO, INC., A FOREIGN ) <br> CORPORATION D/B/A ARROW ) <br> STAGE LINES, ) <br> ) <br> Defendants. ) | No. 07 CV 6943 <br> Judge Joan B. Gottschall <br> Magistrate Judge Martin C. Ashman |

### NOTICE OF MOTION

**TO:** Joseph McGovern
2840 W, 95th Street
Evergreen Park, IL 60805
**(708) 229-1254 – fax**

  **PLEASE TAKE NOTICE** that on **Thursday, January 3, 2008** at **9;30 a.m.**, I shall appear before the **Honorable Joan B. Gottschall** in **Courtroom 2325** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604 and shall then and there present **Defendant Busco, Inc.'s Motion for Hearing on its Previously Filed Motion to Dismiss for Lack of Jurisdiction over the Defendant, and Alternate Motion to Change Venue**, a copy of which is attached hereto and served upon you.

By: /s/Jonathan P. Schaefer
Attorney for Defendant,
BUSCO, INC.

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street
Suite 1200
Chicago, Illinois 60603
(312) 427-3900
F:\JPS\3579 - Brady\Pleadings\NOM001.doc

## AFFIDAVIT OF MAILING

I, Laura K. Cruciani, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Motion and Documents referenced therein, to all attorneys of record by facsimile and U.S. Mail at their listed numbers and addresses, on **December 28, 2007** to the following.

Joseph McGovern
2840 W, 95th Street
Evergreen Park, IL 60805
**(708) 229-1254 – fax**

                                            s/ Laura K. Cruciani

SUBSCRIBED AND SWORN to before

me this 28th day of December, 2007.

s/ Josefina Rojas
NOTARY PUBLIC