3579 JPS NI068

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| DONALD BRADY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v ) | No. 07 CV 6943 |
| ) | Judge Joan B. Gottschall |
| BUSCO, INC., A FOREIGN ) | Magistrate Judge Martin C. Ashman |
| CORPORATION D/B/A ARROW ) | |
| STAGE LINES, ) | |
| ) | |
| Defendants. ) | |

## RE-NOTICE OF MOTION

TO:  Joseph McGovern
     2840 W, 95th Street
     Evergreen Park, IL 60805
     **(708) 229-1254 – fax**

   **PLEASE TAKE NOTICE** that on **Thursday, January 10, 2008** at **9;30 a.m.**, I shall appear before the **Honorable Joan B. Gottschall** in **Courtroom 2325** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604 and shall then and there present **Defendant Busco, Inc.'s Motion for Hearing on its Previously Filed Motion to Dismiss for Lack of Jurisdiction over the Defendant, and Alternate Motion to Change Venue**, a copy of which is attached hereto and served upon you.

                                By:   /s/Jonathan P. Schaefer
                                      Attorney for Defendant,
                                      BUSCO, INC.

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street
Suite 1200
Chicago, Illinois 60603
(312) 427-3900
F:\JPS\3579 - Brady\Pleadings\Re-NOM-1-3-08.doc

## AFFIDAVIT OF MAILING

I, Laura K. Cruciani, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Motion and Documents referenced therein, to all attorneys of record by facsimile and U.S. Mail at their listed numbers and addresses, on **January 4, 2008** to the following.

Joseph McGovern
2840 W, 95th Street
Evergreen Park, IL 60805
**(708) 229-1254 – fax**

/s/  Laura K. Cruciani

SUBSCRIBED AND SWORN to before

me this 4th day of January, 2008.

s/  Josefina Rojas
NOTARY PUBLIC

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011