UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Donald Brady
                     Plaintiff,

v.                                           Case No.: 1:07−cv−06943
                                          Honorable Joan B. Gottschall

Busco, Inc.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge Joan B. Gottschall :MOTION by Defendant Busco, Inc. for hearing on its Previously Filed Motion to Dismiss for Lack of Jurisdiction over the Defendant, and Alternate Motion to Change Venue [9] is granted. Motion hearing held on 1/10/2008 regarding motion for hearing on motion to dismiss[9]. Leave is granted to refile motion to dismiss by 1/11/2008. Briefing as to motion to dismiss is set as follows: Response due by 2/8/2008; Reply due by 2/19/2008.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.