3579 JPS NI068

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

DONALD BRADY,        )
                     )
    Plaintiffs,      )
                     )
v                    )   No. 07 C 6943
                     )
BUSCO, INC., A FOREIGN CORPORATION )
D/B/A ARROW STAGE LINES,           )
                     )
    Defendants.     )

### NOTICE OF FILING

To:   Joseph McGovern
      2840 W, 95th Street
      Evergreen Park, IL 60805

PLEASE TAKE NOTICE that on **January 10, 2007**, we caused to be filed with the United States District Court for the Northern District of Illinois – Eastern Division, Defendant Home Depot's ***Defendant's Motion to Dismiss for Lack of Jurisdiction over the Defendant and Alternate Motion to Transfer Venue,*** copies of which are attached hereto.

                          By:   /s/ Jonathan P. Schaefer
                                Jonathan P. Schaefer

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\JPS\3579\Pleadings\NOF001 - Fed Ct12-10-07.doc

### CERTIFICATE OF SERVICE

I, Laura K. Cruciani, a non-attorney, pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, certify that I mailed this Notice of Filing the foregoing documents to each party to whom it is directed on January 10, 2008.

                          /s/ Laura K. Cruciani
                          Laura K. Cruciani