

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| DONALD BRADY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUSCO, INC., a foreign corporation, )<br>d/b/a ARROW STAGE LINES, )<br>)<br>Defendant. ) | No.   07 CV 6943<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Martin C. Ashman |

**FILED FEB 07 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

### RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION OVER THE DFEENDANT, AND ALTERNATE MOTION TO TRANSFER VENUE

Now comes the Plaintiff, Donald Brady, by his attorney, Joseph M. McGovern, and for his response to the defendant's motion to dismiss or in the alternative to transfer venue, states as follows:

1. That the plaintiff hereby stipulates that he will not seek a judgment in excess of $75,000, exclusive of interest and costs in this matter.

2. In order for diversity jurisdiction to exist under 28 USC Section 1332, that matter in controversy must exceed the sum or value of $75,000, exclusive or interests and costs.

3. 28 USC Section 1447(c) provides that if any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.

Wherefore, Plaintiff prays the court remand this matter to the Circuit Court of Cook County.

Respectfully submitted,

_____
Attorney for Plaintiff

Joseph M. McGovern
Attorney at Law
2940 W. 95th Street
Evergreen Park, IL 60805
708-229-1036
ARDC #

## CERTIFICATE OF SERVICE

Joseph M. McGovern, the attorney for the Plaintiff, certifies that on the 7th day of February, 2008, he served a copy of the foregoing Response to Motion to Dismiss by mailing a copy to Jonathan P. Schaefer, Purcell & Wardrope Chtd., 10 South LaSalle Street, Suite 1200, Chicago, Illinois 60603 by depositing same in the U.S. Mail at Evergreen Park, Illinois, with the proper postage prepaid.

_____
Joseph M. McGovern