3579 JPS NI068

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| DONALD BRADY, | ) |
| Plaintiffs, | ) ) ) |
| v | ) No. 07 C 6943 ) |
| BUSCO, INC., A FOREIGN CORPORATION D/B/A ARROW STAGE LINES, | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF FILING

To: Joseph McGovern
2840 W, 95th Street
Evergreen Park, IL 60805

PLEASE TAKE NOTICE that on **February 13, 2008**, we caused to be filed with the United States District Court for the Northern District of Illinois – Eastern Division, Defendant Home Depot's ***Defendant's Reply on its Motion to Dismiss for Lack of Jurisdiction over the Defendant and Alternate Motion to Transfer Venue,*** copies of which are attached hereto.

By: /s/ Jonathan P. Schaefer
Jonathan P. Schaefer

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\JPS\3579 - Brady\Pleadings\NOF003 - Fed Ct 2-13-08.doc

### AFFIDAVIT OF SERVICE

I, Laura K. Cruciani, a non-attorney, certify that I mailed this Notice of Filing the foregoing documents to each party to whom it is directed on February 13, 2008.

/s/ Laura K. Cruciani
Laura K. Cruciani

SUBSCRIBED AND SWORN to before
me this 13th day of February, 2008.

/s/ Josefina Rojas
NOTARY PUBLIC

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011