# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6943 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Donald Brady v. Busco, Inc. | | |

**DOCKET ENTRY TEXT**

For the reasons set forth in the accompanying order, defendant Busco Inc.'s motion to dismiss for lack of personal jurisdiction [12] is granted. Civil case terminated.

■[ For further details see text below.]

Docketing to mail notices.
Mail AO450

## STATEMENT

Courtroom Deputy Initials: RJ/JGN