# United States District Court

## Northern District of Illinois

Eastern Division

| | |
|---|---|
| Donald Brady | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6943 |
| Busco, Inc. | |

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant Busco Inc.'s motion to dismiss for lack of personal jurisdiction is granted. Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 4/3/2008　　　　　　　　　　　　　　　_____

/s/ Rhonda Johnson, Deputy Clerk